

FILED
GREAT FALLS

2008 JUN 11 PM 1 49

PATRICK E. DUFFY, CLERK

BY _____

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

JOSEPH R. MARSHALL,

              Plaintiff,

vs.

MIKE MAHONEY; ATTORNEY
GENERAL OF THE STATE OF
MONTANA,

              Defendants.

No. CV-07-93-GF-SEH

**ORDER**

On May 15, 2008, United States Magistrate Judge Keith Strong entered his Findings and

Recommendation[1] in this matter. Plaintiff filed objections to Judge Strong's Findings and

Recommendation on May 23, 2008,[2] and filed a motion to amend or withdraw his Petition for

Writ of Habeas Corpus on June 10, 2008.

The Court has fully considered Plaintiff's motion and has reviewed *de novo* Judge

Strong's findings and recommendations. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the

record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Document No. 6

[2] Document No. 7

ORDERED:

1.      Plaintiff's Motion to Grant Leave to Amend or to Withdraw Petition for Writ of

Habeas Corpus[3] is DENIED.

2.      Plaintiff's Petition for Writ of Habeas Corpus[4] is DISMISSED with prejudice.

3.      A certificate of appealability is DENIED as Plaintiff alleges no facts showing he

was deprived of an appeal.

4.      The Clerk of Court is directed to enter judgment accordingly.

DATED this ____ day of June, 2008.

SAM E. HADDON
United States District Judge

---

[3] Document No. 8

[4] Document No. 1

2